UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEONTAE GORDON,

       Plaintiff,                         Case No. 1:12-cv-295

v.                                         HON. JANET T. NEFF

UNKNOWN BENSON, et al.,

       Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed a Motion for Summary Judgment Against Defendant Little (Dkt 94). The motion was referred to the Magistrate Judge, who issued a Report and Recommendation on April 15, 2014 recommending that this Court deny Plaintiff's motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 115) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment Against Defendant Little (Dkt 94) is DENIED for the reasons stated in the Report and Recommendation.


Dated: May 15, 2014                                      /s/Janet T. Neff
                                                              JANET T. NEFF
                                                              United States District Judge